AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CHERYL RUDOLPH

**SUMMONS IN A CIVIL ACTION**

V.

KELLY AEROSPACE POWER SYSTEMS

CASE NUMBER: 2:05cv664-C

TO: (Name and address of Defendant)

KELLY AEROSPACE POWER SYSTEMS
1400 EAST SOUTH BLVD.
mONTGOMERY, al  36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JANCIE SPEARS-TURK
LAW OFFICES OF J. D. SPEARS-TURK
2735 OFFICE PARK CIRCLE
MONTGOMERY, AL  36116

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    7/25/05
CLERK                                               DATE

(By) DEPUTY CLERK