IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH,            ) | |
|           )  | |
|     Plaintiff,         ) | |
|           ) | |
| v.                           ) | Case No. |
|           ) | 2:05cv664-C |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
| INC.,                        ) | |
|           ) | |
|     Defendant.         ) | |

## MOTION FOR ADMISSION OF ALAN M. RAUSS PRO HAC VICE

Defendant, Kelly Aerospace Power Systems, Inc., requests that this Court grant Alan M. Rauss of Kohrman, Jackson & Krantz, One Cleveland Center, 20th Floor, Cleveland, Ohio 44114, Leave to appear pro hac vice in order to represent Kelly Aerospace Power Systems, Inc. in the above-styled suit.

    1.    Attached hereto as Exhibit A is a certificate from the United States Court for the Northern District of Ohio, Eastern Division showing that Alan M. Rauss is a member in good standing of the Ohio Bar and duly authorized to practice in that court.

    2.    The law firm of Balch & Bingham LLP, and particularly Charles B. Paterson, who is admitted to practice in this court, will serve as local counsel representing Kelly Aerospace Power Systems, Inc. in the above styled matter.

    3.    Alan M. Rauss has reviewed and is familiar with the Uniform Rules of the United States District Court for the Middle District of Alabama.

Based on the foregoing, defendant respectfully requests that the Court allow Alan M. Rauss to appear pro hac vice for the purpose of representing Kelly Aerospace Power Systems, Inc. in the above styled action.

/s/ Charles B. Paterson
One of the attorneys for Defendant,
Kelly Aerospace Power Systems, Inc.

OF COUNSEL:

Charles B. Paterson
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 12th day of August, 2005:

Janice Spears-Turk, Esq.
Law Offices of J.D. Spears-Turk
2735 Office Park Circle
Montgomery, Alabama 36116

In addition, I hereby certify that I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 12th day of August, 2005.

/s/ Charles B. Paterson
Of Counsel