EXHIBIT "A"

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA  : 
: ss.
NORTHERN DISTRICT OF OHIO  :

I, GERI M. SMITH, Clerk of the United States Court for the Northern District of Ohio, Eastern Division,

**DO HEREBY CERTIFY**, that   Alan M. Rauss   Bar No. #0000888  , was duly admitted to practice in said Court on  May 8, 1973  , and is in good standing as a member of the bar of said Court.

Dated at:  Cleveland, Ohio 

on:  August 5, 2005 

**GERI M. SMITH**
Clerk of Court

By: _Penny Johnson_
Deputy Clerk