IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-664-C |
| | ) |
| KELLY AEROSPACE POWER SYSTEMS, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the August 12, 2005, motion for attorney Alan M. Rauss to appear pro hac vice (doc. # 4) filed by the defendant. Upon consideration of the motion and for good cause, it is

ORDERED that the motion for attorney Alan M. Rauss to appear pro hac vice (doc. # 4) be and is hereby GRANTED.

Done this 15th day of August, 2005.

                                                 /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE