IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 SEP 28  P 4: 02

| | | |
|---|---|---|
| **CHERYL RUDOLPH,** | § | |
| Plaintiff, | § | CASE NO.: 2:05-CV-664 |
| v. | § | |
| **KELLY AEROSPACE POWER SYSTEMS,** | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

COMES NOW, Kathryn Dickey herein, filing Notice of Appearance as additional counsel for Plaintiff, Cheryl Rudolph, in the above style manner. Copies of all correspondence, motions, filings, notices, etc. should be served upon the undersigned.

Respectfully submitted on this the 28th day of September 2005.

Kathryn Dickey (ASB8797-D57K)
Attorney for Plaintiff

**OF COUNSEL:**

**KATHRYN DICKEY**
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104
(334) 262-0728
(334) 265-7696  fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the following attorneys by placing a copy of the same in the United States Mail postage prepaid and properly addressed this the 28th day of September 2005.

Honorable Charlie Paterson
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101-0078

Honorable Allen Rauss
Korhman, Jackson & Krantz
One Cleveland Center, 20th Floor
Cleveland, OH 44114

_____
OF COUNSEL