IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:05cv664-C |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### REPORT OF PARTIES' PLANNING MEETING

Pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order dated September 13, 2005, a meeting was held on September 20, 2005 via telephone and was attended by:

Janice Spears-Turk on behalf of Plaintiff Cheryl Rudolph; and

Charles B. Paterson on behalf of Defendant Kelly Aerospace Power Systems, Inc.

1. **Pre-Discovery Disclosures**. The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) on or before October 31, 2005.

2. **Discovery Plan**. The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed on the following subjects:

   Plaintiff expects to conduct discovery necessary to support the plaintiff's claims and damages.

   Defendant expects to conduct discovery on the facts and circumstances of this case, including but not limited to: plaintiff's work history; plaintiff's educational background; plaintiff's job performance; the alleged discrimination; the alleged violation of the Civil Rights Act of 1964, as amended and 42 U.S.C. Section 1981; the alleged damages; the anticipated testimony of plaintiff's witnesses; issues that arise during the course of discovery and/or that are raised in any dispositive motion of the plaintiff or response of the plaintiff to any dispositive motion filed by the defendant; and such other material issues that may become relevant as the case develops.

   a. All discovery commenced in time to be completed by May 26, 2006.

    b.    Maximum of 25 interrogatories by each party to each party. Responses due 30 days after service.

    c.    Maximum of 25 requests for admission by each party to each party. Responses due 30 days after service.

    d.    Maximum of 25 requests for production of document by each party to each party. Responses due 30 days after service.

    e.    Maximum of 5 depositions by Plaintiff to Defendant and 10 by Defendant to Plaintiff. Depositions limited to eight hours.

    f.    Reports from retained experts under Rule 26(a)(2) due:

        from Plaintiff by January 31, 2006; and
        from Defendant by March 17, 2006.

    g.    Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

3.    **Other Items.**

    a.    The parties do not request a conference with the Court before entry of the scheduling order.

    b.    The parties request a final pretrial conference on or before May 26, 2006.

        Plaintiff should be allowed until December 2, 2005 to join additional parties and to amend the pleadings.

    c.    Defendant should be allowed until December 15, 2005 to join additional parties and to amend the pleadings.

    d.    All potentially dispositive motions should be filed on or before February 24, 2006.

    e.    Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

    f.    Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, should be due from the parties on or before June 16, 2006.

    g.    Parties should have 14 days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

    h.    The case should be ready for trial by this Court's July 2006 trial term. At this time, the trial is expected to take approximately 2 days, excluding jury selection.

Respectfully submitted this 30th day of September, 2005.

                                              _____
                                              Attorney for Plaintiff Cheryl Rudolph

**OF COUNSEL:**

Janice Spears-Turk
Law Offices of J.D. Spears-Turk
2735 Office Park Circle
Montgomery, Alabama 36116
Telephone: (334)274-0883
Facsimile: (334)272-3031

                                              _____
                                              One of the attorneys for Defendant,
                                              Kelly Aerospace Power Systems, Inc.

**OF COUNSEL:**

Charles B. Paterson
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com

Alan M. Rauss
KOHRMAN JACKSON & KRANTZ
One Cleveland Center, 20th Floor
Cleveland, Ohio 44114
Telephone: (216)696-8700
Facsimile: (216)621-6536
E-mail: amr@kjk.com

160892.2                                                        3