**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

October 3, 2005

## NOTICE OF REASSIGNMENT

Re:     Cheryl Rudolph v. Kelly Aerospace Power Systems
        Civil Action No.2:05cv664-M

The above-styled case has been reassigned to District Judge Myron H. Thompson.

Please note that the case number is now 2:05cv664-T.  This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk