IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC -5  P 4: 08

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| CHERYL RUDOLPH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KELLY AEROSPACE POWER SYSTEMS, )<br>INC., )<br>)<br>Defendant. ) | Case No.<br>2:05cv664-T |

## NOTICE OF APPEARANCE

Comes now the undersigned and files notice of her appearance as additional counsel of record for Defendant Kelly Aerospace Power Systems, Inc.

    Kelly F. Pate (FIT014)
    Balch & Bingham LLP
    Post Office Box 78
    Montgomery, Alabama  36101
    Telephone: (334) 834-6500
    Facsimile: (334) 269-3115

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

Dated this 5th day of December, 2005.

*/s/ Kelly F. Pate*
One of the Attorneys for Defendant, Kelly
Aerospace Power Systems, Inc.

163204.1

OF COUNSEL:

Charles B. Paterson (PAT018)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com

Alan Rauss
KORHMAN, JACKSON & KRANTZ
One Cleveland Center, 20th Floor
Cleveland, OH 44114
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
E-mail: amr@kjk.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the above and foregoing by depositing a copy of the same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Janice Spears-Turk, Esq.
Law Offices of J.D. Spears-Turk
2735 Office Park Circle
Montgomery, Alabama 36116

Kathryn Dickey, Esq.
Attorney at Law
322 Alabama Street
Montgomery, Alabama 36104

This the 5th day of December, 2005.

*Kelly J. Pate*
Of Counsel

163204.1

3