IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:05cv664-T |
| KELLY AEROSPACE POWER SYSTEMS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT KELLY AEROSPACE POWER SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Kelly Aerospace Power Systems, Inc. respectfully moves the Court pursuant to *Fed. R. Civ. P.* 56 for the entry of summary judgment in its favor on the claims asserted against defendant by plaintiff Cheryl Rudolph. As grounds for defendant's motion, defendant shows that there is no genuine issue as to any material fact, and defendant is entitled to judgment in its favor as a matter of law. This motion is based upon the pleadings, the evidentiary materials submitted herewith and listed in the submission statement filed with this motion, and defendant's contemporaneously-filed memorandum of law in support of the motion.

Respectfully submitted on this 14th day of February, 2006.

/s Kelly F. Pate
_____

**OF COUNSEL**:
Charles B. Paterson (PAT018)
Kelly F. Pate (FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com

165384.1

Alan Rauss
KORHMAN, JACKSON & KRANTZ
One Cleveland Center, 20th Floor
Cleveland, OH 44114
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
E-mail: amr@kjk.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of February, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, to the following:

>Janice Spears-Turk, Esq.
>Law Offices of J.D. Spears-Turk
>2735 Office Park Circle
>Montgomery, Alabama 36116

>Kathryn Dickey, Esq.
>Attorney at Law
>322 Alabama Street
>Montgomery, Alabama 36104

/s Kelly F. Pate
OF COUNSEL

165384.1                    2