IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHERYL RUDOLPH,                )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )          2:05cv664-T
                               )
KELLY AEROSPACE POWER          )
SYSTEMS,                       )
                               )
    Defendant.                 )

ORDER

It is ORDERED that defendant's motion for summary judgment (Doc. No. 13) is set for submission, without oral argument, on March 6, 2006, with plaintiff's brief and evidentiary materials due by said date.

DONE, this the 15th day of February, 2006.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE