# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| KELLY AEROSPACE POWER SYSTEMS | ) CIVIL ACTION NO.: 2:05-cv-664-T |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, Cheryl Rudolph and respectfully moves this Honorable Court to deny Defendant's Motion for Summary Judgment. As grounds therefor Plaintiff provides the following:

1. That there are genuine issues as to material facts, in this case to be submitted to a jury of Plaintiff's peers, and the Defendant is not due judgment as a matter of law, as to any of the claims made by Plaintiff.

2. This motion is based on the pleadings, attached exhibits as outlined to include the deposition of Plaintiff, attached affidavits, and evidentiary submissions filed contemporaneously with the Plaintiff's Memorandum in Response to Defendant's motion for Summary Judgment.

WHEREFORE, THE PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion for Summary Judgment, and allow this case to move forward and be heard by a jury of Plaintiff's peers.

...

...

Respectfully submitted this the 6th day of March, 2006.

*(signature)*
Janice Spears-Turk (ASB2195R69J)
Kathryn Dickey (ASB8797D57K)

OF COUNSEL:

LAW OFFICES OF J. D. SPEARS-TURK
2735 Office Park Circle
Montgomery, AL 36116
(334) 274-0-883

Kathryn Dickey
Attorney at Law
322 Alabama Street
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon counsel for Defendant by depositing a copy in the United States Mail, postage prepaid, on this the 6th Day of March, 2006 and addressed to:

Charles B. Paterson
Kelly F. Pate
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104

Alan Rauss
Korhman, Jackson & Krantz
One Cleveland Center, 20th Floor
Cleveland, OH 44114

_____
OF COUNSEL