*ORIGINAL*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CHERYL RUDOLPH,                )
                              )
            Plaintiff,         )
v.                            )
                              )
KELLY AEROSPACE POWER         )
SYSTEMS                       )      CIVIL ACTION NO.:   2:05-cv-664-T
                              )
            Defendant.        )

## PLAINTIFF'S SUBMISSION STATEMENT IN SUPPORT OF THE RESPONSE TO
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Plaintiff, Cheryl Rudolph and submits the following evidence in

support of her Response to Defendant's Motion for Summary Judgment:

1.    Exhibit A Plaintiff's complaint

2.    Exhibit B Payroll Change Notice

3.    Exhibit C Payroll Change Notice

4.    Exhibit D Rudolph Application for Employment

5.    Exhibit E Branum's Application for Employment

6.    Exhibit F Payroll Change Notices

7.    Exhibit G Rudolph Affidavit

8.    Exhibit H Rudolph Deposition

9.    Exhibit I McMeans Affidavit

Respectfully submitted this the 6th day of March, 2006.

*Janice Spears-Turk* (signature)
Janice Spears-Turk (ASB2195R69J)
Kathryn Dickey (ASB8797D57K)

OF COUNSEL:

LAW OFFICES OF J. D. SPEARS-TURK
2735 Office Park Circle
Montgomery, AL 36116
(334) 274-0-883

Kathryn Dickey
Attorney at Law
322 Alabama Street
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel for Defendant by depositing a copy in the United States Mail, postage prepaid, on this the 6th Day of January, 2006 and addressed to:

Charles B. Paterson
Kelly F. Pate
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104

Alan Rauss
Korhman, Jackson & Krantz
One Cleveland Center, 20th Floor
Cleveland, OH 44114

*Janice Spears-Turk* (signature)
OF COUNSEL