# EXHIBIT B

## Payroll Change Notice

- ☐ Enter on Pay Roll
- ☐ Change Rate
- ☒ Transfer From Dept. # Shipping To Dept. # Stockroom
- ☐ Pay Off & Remove From Pay Roll

Name Cheryl Rudolph  SS # 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
Department # 005100  Employee # 2634
Old Rate _____ Per _____ New Rate _____ Per _____  Date Effective 12-15-03

Remarks: Department change only

- ☐ Discharged  ☐ Quit  ☐ Laid Off

| Ability | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Conduct | | | | |
| Attendance | | | | |
| Production | | | | |

Supervisor Signature: David Nordgren

Human Resources Signature: Jenny L. Reese

Payroll Signature: Jenny L. Reese