# EXHIBIT C

## Payroll Change Notice

☐ Enter on Pay Roll
☐ Change Rate
☒ Transfer From Dept. # _Shipping_ To Dept. # _Stockroom_
☐ Pay Off & Remove From Pay Roll

Name _Renee Branum_ SS# _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_
Department # _005100_  Employee # _1329_  Date Effective _12-15-03_
Old Rate _____ Per _____ New Rate _____ Per _____

Remarks _Department change only._

☐ Discharged   ☐ Quit   ☐ Laid Off

| | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Ability | | | | |
| Conduct | | | | |
| Attendance | | | | |
| Production | | | | |

_David Nordgren_                          _BR JM_
Supervisor Signature

_Jenny L. Neese_                           _Jenny L. Neese_
Human Resources Signature                  Payroll Signature