# EXHIBIT D

# KELLY AEROSPACE
## Application For Employment

All applicants will be considered for employment without regard to race, religion, color, sex, national origin, age, marital or any other status protected by law. We are an Equal Opportunity Employer.

Position Applied For: **Open**
Referral Source: ___ Advertisement ___ Employee ___ Relative    Date Of Application: **7-15-03**
✓ Walk-In ___ Private Employment Agency ___ Government Employment Agency ___ Other
Name: **Cheryl D. Rudolph**
Address: **178 Pine Hill Ave Hayneville AL 36040**    Telephone #: **563-7776**
County: **Hay Lowndes**    Social Security Number: **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**
May we contact you at work? ✓ Yes ___ No    If yes, please list work number: **548-6089**
If you are under 18, can you furnish a work permit? ___ Yes ___ No
Have you ever been employed here before? ___ Yes ✓ No
If yes: When: _____    Position: _____
Are you legally eligible for employment in this country? ✓ Yes ___ No
(Proof of U.S. Citizenship or immigration status will be required upon employment.)
Date available for work: **any day**
Type of employment desired: ✓ Full-Time ___ Part-Time ___ Temporary    Will you work overtime if required: ✓ Yes ___ No
___ Seasonal ___ Educational Co-Op
Are you on lay-off and subject to recall: ___ Yes ✓ No
Will you submit to a pre-employment drug test? ✓ Yes ___ No
Have you ever been bonded? ___ Yes ✓ No
Have you been convicted of a felony in the last seven (7) years? ___ Yes ✓ No
Such convictions may be relevant if job related, but does not bar you from employment.)
If yes, please explain: _____

### Education

| Name & Location Of School | Course Of Study | Yrs. Completed | Graduate? |
|---|---|---|---|
| High School: **Central High** | **Basic** | **12** | **yes** |
| Technical School: **Lawhorn State** | Major: **Nursing** | **1 yr.** | **No** |
| College: | | | |
| Other: | | | |

The Employer is an Equal Opportunity Employer. The Employer does not discriminate in employment and question on this application is used for the purpose of limiting or excluding any applicant's consideration employment on a basis prohibited by local, state, or federal law.

## Prior Employment (Start with most recent Employer)

| Field | Value |
|---|---|
| Employer | Liz Claiborne |
| Address | 151 Folmar Dr Hope Hull AL |
| Phone | 613-1100 |
| From | 5/95 |
| To | 8-02 |
| Duties | QCI, inspected garment for damage to be ship to other department for to be picked & ship out. And Operate Booster Machine to tranport garment to shipping |
| Position | Booster Machine Oper, Stocker, QC |
| Supervisors Name | Melinda Young |
| Starting Salary/Wages | 7.00 |
| Final Salary/Wages | 10.87 |
| Reason For Leaving | Close Down (Lay off) |

| Field | Value |
|---|---|
| Employer | American Apparel |
| Address | 1000 Selma Bypass Selma AL |
| Phone | 874-6442 |
| From | 7-92 |
| To | 5/95 |
| Duties | Set pocket on Army Uniform Jackets. |
| Position | Sewing Machine Oper |
| Supervisors Name | Barbara Cobb |
| Starting Salary/Wages | 6.00 |
| Final Salary/Wages | 7.60 |
| Reason For Leaving | Like of work |

| Field | Value |
|---|---|
| Employer | ES's Mobile Home part + Sale |
| Address | 329 Tuskeena St. Hayneville AL |
| Phone | 548-6089 |
| From | 10-02 |
| To | 7-03 |
| Duties | Place shipment + Recieve, Answering Phone, Fax, file, copy, count inventory, Take payment |
| Position | Receptionst |
| Supervisors Name | Earnest Randolph |
| Starting Salary/Wages | 6.00 |
| Final Salary/Wages | 6.00 |
| Reason For Leaving | Temp. |

## Military Service

| Branch Of Service | From | To | Rank And Duties | Date Discharged |
|---|---|---|---|---|
| | | | | |

## Personal References

| Name | Address | Yrs. Known | Telephone |
|---|---|---|---|
| Earnest Randolph | 329 Tuskeena St. | 2 | 548-6089 |
| Lakesha Roger | 1951 Mitchell Young Rd Nent. | 4 | 288-9062 |
| Wilma Smith | 191 White Estate Hayneville | 9 | 873-2208 |

The above information is true and complete to the best of my knowledge. Should I be employed by the Company, any misrepresentation or false statement contained herein may be considered cause for possible dismissal. The Company has my permission to obtain all necessary information from the references I have listed, or any other sources, concerning my prior employment, personal history or credit standing and I release all parties from any possible damages resulting from disclosing such information with or without prior written notice to me. I reserve the right to know the name and addresses of any investigative agencies used in order that I may learn the information contained in any reports furnished to the Company.

I understand this application does not constitute an employment contract of any kind. Should I be employed by the Company, I may resign such employment at any time at my discretion with or without prior notice and the Company may terminate my employment at any time at their discretion with or without cause and with or without prior notice.

Date: 7-15-03    Signature Of Applicant:

# Applicant Data Record

Applicants are considered for all positions, and employees are treated during employment without regard to race, color, religion, sex, national origin, age, marital or veteran status, medical condition or handicap, or any other legally protected status.

As employers/governmental contractors, we comply with government regulations, including affirmative action responsibilities where they apply.

Solely to help us comply with government record keeping, reporting and other legal requirements, we request that you please fill out the applicant data record. We appreciate your cooperation.

This data is for periodic government reporting and will be kept in a confidential file separate from the application for employment. Your cooperation is voluntary.

(Please Print)

Date: 7-15-03

Position(s) Applied For: Open

Referral Source: ___ Advertisement ___ Friend ___ Relative ✓ Walk-In
___ Employment Agency ___ Other ___

Name: Cheryl Rudolph     Phone: 563-7776

Address: 178 Pine Hill Ave Hayneville, AL 36040

## Voluntary Survey

Government agencies at times require periodic reports on the sex, ethnicity, handicapped, veteran, and other protected status of applicants. This data is for analysis and possible affirmative action only. Omission of information is voluntary.

Check One: ___ Male ✓ Female

Check One Of The Following:
Race/Ethnic Group: ___ White ✓ Black ___ Hispanic
___ American Indian/Alaskan Native ___ Asian/Pacific Islander

Check If Any Of The Following Are Applicable:
___ Vietnam Era Veteran ___ Disabled Veteran ___ Handicapped Individual