# EXHIBIT E

# KELLY AEROSPACE
## Application For Employment

All applicants will be considered for employment without regard to race, religion, color, sex, national origin, age, marital or any other status protected by law. We are an Equal Opportunity Employer.

Position Applied For: **Purchasing / Any**   Date Of Application: **9/25/03**
Referral Source: ___ Advertisement ___ Employee ___ Relative ___ Government Employment Agency
___ Walk-In ___ Private Employment Agency ___ Other **Lavon Clark**
Name: **Renee O. Branum**   Telephone #: **334-300-5459**
Address: **480 Steiner Store Road**
County: **Butler**   Social Security Number: **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**
May we contact you at work? **X** Yes ___ No   If yes, please list work number: **334-227-0329**
If you are under 18, can you furnish a work permit? ___ Yes ___ No
Have you ever been employed here before? ___ Yes **X** No
If yes: When: _____   Position: _____
Are you legally eligible for employment in this country? **X** Yes ___ No
(Proof of U.S. Citizenship or immigration status will be required upon employment.)
Date available for work: **two weeks**   Will you work overtime if required: **X** Yes ___ No
Type of employment desired:   **X** Full-Time ___ Part-Time ___ Temporary
___ Seasonal ___ Educational Co-Op
Are you on lay-off and subject to recall: ___ Yes **X** No
Will you submit to a pre-employment drug test? **X** Yes ___ No
Have you ever been bonded? ___ Yes **X** No
Have you been convicted of a felony in the last seven (7) years? ___ Yes **X** No
(Such convictions may be relevant if job related, but does not bar you from employment.)
If yes, please explain: _____

## Education

| Name & Location Of School | Course Of Study | Yrs. Completed | Graduate? |
|---|---|---|---|
| High School: Greenville High, Greenville | General | 4 | 4 |
| Technical School: | | | |
| College: Auburn @ Montgomery | Major: Criminal Justice | 4 | No |
| Other: Lurleen B. Wallace, Greenville | General | 2 | No |

The Employer is an Equal Opportunity Employer. The Employer does not discriminate in employment and no question on this application is used for the purpose of limiting or excluding any applicant's consideration for employment on a basis prohibited by local, state, or federal law.

## Prior Employment (Start with most recent Employer)

**Employer:** Subway
**Address:** 925 Old Fort Road Fort Deposit, AL 36032
**Phone:** 334-227-0329
**From:** 3/2003  **To:** Current
**Position:** Manager
**Supervisors Name:** Sonny Patidar
**Starting Salary/Wages:** $5.50/hr
**Final Salary/Wages:** $850.00
**Duties:** Responsible for operation of the store. Hiring of employees and termination. Purchasing of food and anything needed for good operation of the store.
**Reason For Leaving:** Need insurance and a chance to accomplish more.

**Employer:** The Restaurant
**Address:** 912 Old Fort Road Fort Deposit, AL 36032
**Phone:** —
**From:** 5/2002  **To:** 11/2002
**Position:** Waitress/Cashier/Cook
**Supervisors Name:** Larry Rushing
**Starting Salary/Wages:** $6.00
**Final Salary/Wages:** $6.75
**Duties:** Helped with the planning of a family owned and operated business. Recognized teamwork and family ties.
**Reason For Leaving:** Owner decided to close.

**Employer:** Tommy Grantham Construction
**Address:** Hwy 97
**Phone:** —
**From:** 1/2002  **To:** 5/2002
**Position:** Part-time Secretary
**Supervisors Name:** Tommy Grantham
**Starting Salary/Wages:**
**Final Salary/Wages:**
**Duties:** Filing. Answering multiple phone lines. Talking with potential contractors for building projects.
**Reason For Leaving:** Helping out a friend until full-time was found.

## Military Service

| Branch Of Service | From | To | Rank And Duties | Date Discharged |
|---|---|---|---|---|
|  |  |  |  |  |

## Personal References

| Name | Address | Yrs. Known | Telephone |
|---|---|---|---|
| Avon Clark | 255 Cunningham Street | 10 yrs | 334-437-2448 |
| Larry Rushing | 1251 Tyson Road | 10 yrs | 334-799-0465 |
| Sonny Patidar | 925 Old Fort Road | 7 mon | 334-430-4656 |

The above information is true and complete to the best of my knowledge. Should I be employed by the Company, any misrepresentation or false statement contained herein may be considered cause for possible dismissal. The Company has my permission to obtain all necessary information from the references I have listed, or any other sources, concerning my prior employment, personal history or credit standing and I release all parties from any possible damages resulting from disclosing such information with or without prior written notice to me. I reserve the right to know the name and addresses of any investigative agencies used in order that I may learn the information contained in any reports furnished to the Company.

I understand this application does not constitute an employment contract of any kind. Should I be employed by the Company, I may resign such employment at any time at my discretion with or without prior notice and the Company may terminate my employment at any time at their discretion with or without cause and with or without prior notice.

**Date:** 9/25/03
**Signature Of Applicant:** Renee Branum

Applicant Data Record

Applicants are considered for all positions, and employees are treated during employment without regard to race, color, religion, sex, national origin, age, marital or veteran status, medical condition or handicap, or any other legally protected status.

As employers/governmental contractors, we comply with government regulations, including affirmative action responsibilities where they apply.

Solely to help us comply with government record keeping, reporting and other legal requirements, we request that you please fill out the applicant data record. We appreciate your cooperation.

This data is for periodic government reporting and will be kept in a confidential file separate from the application for employment. Your cooperation is voluntary.

(Please Print)

Date: 9/25/03

Position(s) Applied For: Purchasing / Any

Referral Source: _____ Advertisement __X__ Friend _____ Relative _____ Walk-In
_____ Employment Agency _____ Other _____

Name: Renee Branum                     Phone: 334-300-5459
Address: 480 Steiner Store Road Greenville, AL 36037

## Voluntary Survey

Government agencies at times require periodic reports on the sex, ethnicity, handicapped, veteran, and other protected status of applicants. This data is for analysis and possible affirmative action only. Submission of information is voluntary.

Check One: _____ Male __X__ Female

Check One Of The Following:
Race/Ethnic Group:     __X__ White _____ Black _____ Hispanic

_____ American Indian/Alaskan Native _____ Asian/Pacific Islander

Check If Any Of The Following Are Applicable:

_____ Vietnam Era Veteran _____ Disabled Veteran _____ Handicapped Individual