# EXHIBIT F

## Payroll Change Notice

☑ Enter on Pay Roll
☐ Change Rate
☐ Transfer From Dept. # _____ To Dept. # _____
☐ Pay Off & Remove From Pay Roll

Emp # 7634

Name **Cheryl O. Rudolph**  SS # **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**
Department # **005100**  Employee # ~~1808~~  Date Effective **11-17-2003**
Old Rate _____ Per _____  New Rate **7.00** Per **hr**

Remarks **new employee, shipping**

☐ Discharged   ☐ Quit        ☐ Laid Off

|            | Excellent | Good | Fair | Poor |
|------------|-----------|------|------|------|
| Ability    |           |      |      |      |
| Conduct    |           |      |      |      |
| Attendance |           |      |      |      |
| Production |           |      |      |      |

*David Morgan*
Supervisor Signature

*Jenny L. Neese*                    *Jenny L. Neese*
Human Resources Signature           Payroll Signature

**Payroll Change Notice**

☑ Enter on Pay Roll
☐ Change Rate
☐ Transfer From Dept. # _____ To Dept. # _____
☐ Pay Off & Remove From Pay Roll

Name  Renee Branum              SS #  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
Department #  005100   Employee #  1329      Date Effective  11-12-03
Old Rate _____ Per _____ New Rate  8.00  Per  hr

Remarks   new employee, Shipping

☐ Discharged    ☐ Quit        ☐ Laid Off

|  | Excellent | Good | Fair | Poor |
|---|---|---|---|---|
| Ability |  |  |  |  |
| Conduct |  |  |  |  |
| Attendance |  |  |  |  |
| Production |  |  |  |  |

_[signature]_
Supervisor Signature

_[signature]_                              _[signature]_
Human Resources Signature            Payroll Signature