# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH, | ) |
| Plaintiff, | ) |
| v. | ) |
| KELLY AEROSPACE POWER SYSTEMS | ) CIVIL ACTION NO.:  2:05-cv-664-T |
| Defendant. | ) |

## AFFIDAVIT OF CHERYL RUDOLPH

STATE OF ALABAMA         )
COUNTY OF MONTGOMERY     )

Personally appeared before me, the undersigned officer duly authorized to administer oaths in the State of Alabama, CHERYL RUDOLPH, who after having been sworn, deposes and states as follows:

1. My name is Cheryl Rudolph. I am over the age of majority, and I have never been adjudicated incompetent. The contents of this affidavit are based on my personal knowledge.

2. I was hired to work at Kelly Aerospace Power Systems, Inc. on November 11, 2003, by David Nordgren to work in the Shipping Department.

3. During the time that I worked at Kelly Aerospace, from November 11, 2003 to December 2003 I worked in the shipping Department.

4. I was moved to the stockroom to work on or about December 15, 2003. When I was moved to the stockroom neither David Nordgren or Steve Miller informed me of the reason for the move other than that there was a need for employees in the stockroom. Steve Miller was Branum's and my supervisor in the stockroom.

5. Branum was trained by Steve Miller. He helper her daily to perform her job. David Nordgren also helped her on occasion. I was never trained by my supervisor to do my job nor did he assist me in performing my job. David never assisted me with my

job duties either.

6. Prior to my termination management never told me my performance at Kelly was lacking. I had inquired of David about my performance because I was not receiving any training or direction, and he told me that I was doing fine. The first time management discussed my job performance with me and told me that I was not performing up to standards was the day I was terminated.

5. Sometime after I began work for Kelly I became aware that Renee Branum made $1.00 per hour more per hour than I did to perform the same job function.

6. As for Renee Branum, she could do no wrong. She made mistakes Miller corrected them.

7. I recall one day Renee did not show up for work and did not call. Steve Miller pulled her parts that day so that her work load would not get behind and she would not fall below company expectations.

8. I also recall once when I was off work Miller did or pull my parts or perform my work.

9. As for the Defendants exhibits attached to Defendant's Exhibits A and labeled exhibits 1-4, I was not aware of or have seen these documents before I was shown them at my deposition..

10. As for my attitude I was never told by David, Steve or any other person from management that I had a bad attitude.

11. I was not counseled or warned by my management about how I was performing my job.

12. As for asking questions I did ask but my questions went unanswered. I begged for help and I was ignored and told by my supervisor that it was my job and I should get it done.

Further Affiant saith naught.

_____
CHERYL RUDOLPH

Sworn to and prescribed before me this 6th day of March, 2006.

_____
NOTARY PUBLIC
My commission expires: 12/9/08