# EXHIBIT H

87

1         supervisor or higher at Kelly about the
2         move from the shipping department to the
3         stockroom?
4 A.   No.
5 Q.   Okay. What did David tell you about the
6         change in jobs?
7 A.   That they were going to move me to the
8         stockroom because they needed help back
9         there or something like that, needed help
10        in the back stocking parts.
11 Q.   Do you remember anything more specific than
12        that about what he said to you?
13 A.   No. All he just said, that I was going to
14        be moved to the back, to the stockroom.
15 Q.   Did he even tell you why?
16 A.   Let me think. Not to my knowledge, no.
17 Q.   Did anyone tell you why that switch was
18        being made?
19 A.   No.
20 Q.   What were your duties and responsibilities
21        in the stockroom?
22 A.   Was to pull parts, turbo parts, and get
23        those -- pull the turbo parts and get them

1  A.  Yes.
2  Q.  Did the building have a name?
3  A.  Family Medicine.
4  Q.  Family Medicine Center or Family Medicine
5      Building?
6  A.  It's Family Medicine.
7  Q.  Okay. Drawing your attention to the time
8      that you worked in the stockroom at Kelly,
9      which was between about the middle of
10     December until your last day with the
11     company, is that right --
12         Well, let's back up. You started with
13     Kelly on November 11th, and you worked in
14     the shipping room for about a month?
15 A.  Yes.
16 Q.  So sometime around December 10, 11, 12,
17     somewhere around there roughly you were
18     transferred to the stockroom?
19 A.  Yes, sir.
20 Q.  And in the stockroom you worked for Steve?
21 A.  Yes.
22 Q.  He was your supervisor?
23 A.  Yes.

1  Q.  Are you familiar with it?
2  A.  Yes.
3  Q.  Drawing your attention to the second page,
4      there's a heading, Factual Allegations, and
5      a number of numbered paragraphs under
6      that.
7           In paragraph seven, you've alleged
8      that, in essence, you learned that you had
9      been hired at a lower rate of pay than a
10     white co-worker or white counterpart with
11     whom you worked and you performed the same
12     job functions.  Do you see that allegation,
13     number seven?
14 A.  (Witness nods head up and down.)
15 Q.  Who is the white counterpart to whom you
16     are referring?
17 A.  Renee Branum.
18 Q.  At the end of that paragraph, you said:
19     Plaintiff complained to management.  Who in
20     management did you complain about -- Let me
21     strike the sentence.
22          Did you complain to management about
23     the fact that Renee Branum was being paid

109

1        more than you?
2 A. Yes.
3 Q. To whom did you make that complaint?
4 A. David.
5 Q. David Nordgren?
6 A. Yes.
7 Q. When did you make that complaint?
8 A. I can't remember the date.
9 Q. Was it after you were moved into the
10        stockroom?
11 A. Yes.
12 Q. Was it before the time you were fired?
13 A. Yes.
14 Q. What did you say to David?
15 A. I want to know why Renee is making eight
16        dollars and I'm making seven when she has
17        no experience and I do.
18 Q. What did he say?
19 A. You have to talk that over with -- well, he
20        was always hunching his shoulders. He was
21        like, you have to talk that over with
22        personnel or whatever, something like that.
23        I can't exactly remember what he said to me