# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| KELLY AEROSPACE POWER ) | |
| SYSTEMS ) | CIVIL ACTION NO.:  2:05-cv-664-C |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF JESSIE MC MEANS

STATE OF ALABAMA           )
COUNTY OF MONTGOMERY )

Personally appeared before me, the undersigned officer duly authorized to administer oaths in the State of Alabama, JESSIE MC MEANS, who after having been sworn, deposes and states as follows:

1. My name is Jessie McMeans. I am over the age of majority, and I have never been adjudicated incompetent. The contents of this affidavit are based on my personal knowledge.

2. I worked for Kelly Aerospace Power Systems, Inc. approximately February 10, 2003 to February 9, 2006., in the Processing Department, until I resigned to take another position elsewhere.

3. I got to know the Plaintiff, Cheryl Rudolph while she worked for Kelly Aerospace, when she began working in the Stockroom.

4. I have heard Cheryl Rudolph say that she wished her supervisors would help her like they helped Renee Barnum do her job.

5. Renee Barnum is a white female who also worked in the Stockroom doing the same job that Cheryl Rudolph did. They were both Stock Room Clerks.

6. I observed that Renee Barnum did not have to work as hard as Cheryl Rudolph. Barnum often had assistance performing her job when I would enter into the stock


room.

Further Affiant saith naught.

_____
Jesse McMeans

Sworn to and prescribed before me this 6th day of February, 2006.

_____
NOTARY PUBLIC
My commission expires: 12/9/08