IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHERYL RUDOLPH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| KELLY AEROSPACE POWER SYSTEMS | ) ) ) CIVIL ACTION NO.: 2:05-cv-664-T |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT CONFERENCE**

On March 20, 2006 counsel for the parties held a settlement conference in accordance with the Uniform Scheduling Order. A settlement agreement was not reached at the conference.

Janice Spears-Turk (ASB2195R69J)
Kathryn Dickey (ASB8797D57K)

OF COUNSEL:

LAW OFFICES OF J. D. SPEARS-TURK
2735 Office Park Circle
Montgomery, AL 36116
(334) 274-0-883

Kathryn Dickey
Attorney at Law
322 Alabama Street
Montgomery, AL 36104

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2006, I have served a copy of the foregoing upon counsel for Defendaant by depositing a copy in the United States Mail, postate prepaid, on this the 3rd day of April, 2006 to:

Charles B. Paterson
Kelly F. Pate
Balch & Bingham, LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104

Alan Rauss
Korhman, Jackson & Krantz
One Cleveland Center, 20th Floor
Cleveland, OH 44114

                                                  */s/ signature*
                                                 OF COUNSEL