IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


CHERYL RUDOLPH,                 )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )    2:05cv664-MHT
                                )         (WO)
KELLY AEROSPACE POWER           )
SYSTEMS,                        )
                                )
    Defendant.                  )

## JUDGMENT

The court having been informed that this cause is now
settled, it is the ORDER, JUDGMENT, and DECREE of the
court that this lawsuit is dismissed in its entirety with
prejudice, with the parties to bear their own costs and
with leave to the parties, within 45 days, to stipulate
to a different basis for dismissal or to stipulate to the
entry of judgment instead of dismissal, and with leave to
any party to file, within 45 days, a motion to have the
dismissal set aside and the case reinstated or the

settlement    enforced,    should    the    settlement    not    be

consummated.

It is further ORDERED that all outstanding motions

are denied as moot.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of May, 2006.


      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE