IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHERYL RUDOLPH,

    Plaintiff,

v.

KELLY AEROSPACE POWER SYSTEMS,

    Defendants.

§
§
§
§
§

CASE NO.: 2:05-CV-664

## JOINT MOTION TO DISMISS

Come now the parties and move the Court to dismiss the above-styled case with prejudice. Each side will bear its own costs.

_____
Kathryn Dickey
822 Alabama St.
Montgomery, AL 36104

_____
Alan Rauss
Korhman, Jackson & Krantz
One Cleveland Center, 20th Floor
Cleveland, OH 44114

**Janice D. Spears-Turk**
Law Offices of J. D. Spears-Turk
2735 Office Park Circle
Montgomery, AL 36116
**Attorneys for Plaintiff**

**Charlie Paterson**
Balch & Bingham
Post Office Box 78
Montgomery, AL 36101-0078
**Attorneys for Defendant**