IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| CHERYL RUDOLPH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:05cv664-MHT |
| | ) | (WO) |
| KELLY AEROSPACE POWER | ) | |
| SYSTEMS, | ) | |
| | ) | |
|    Defendant. | ) | |

## JUDGMENT

Upon consideration of the joint motion to dismiss (doc. no. 23), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of June, 2006.


      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE